*December 19, 1944.*

JENCKS, Plaintiff and Respondent, vs. SCHLAGEL, Defendant and Respondent: BYE and another, Appellants.

For the appellants: *Stafford & Stafford* of Chippewa Falls.
For the respondent C. E. Jencks: *La Vern G. Kostner,* attorney, and *Nathan Comstock* of counsel, both of Arcadia.
For the respondent A. R. Schlagel: *Albert V. A. Peterson* of Blair.

*By the Court.*—Judgment affirmed.

STITTGEN, Respondent and Appellant, vs. MEIERS and others, Appellants and Respondents.   [Two notices of appeal.]

For the appellants: *Martin, Clifford & Warne* of Green Bay.
For the respondent: *Sigman & Sigman* of Appleton.

*By the Court.*—Judgment affirmed.